

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00007-CV

_____

U.S. ENERGY DEVELOPMENT CORPORATION, EAGLERIDGE ENERGY II
LLC, AND EAGLERIDGE MIDSTREAM, LLC, Appellants

V.

CL III FUNDING HOLDING COMPANY, LLC, Appellee

On Appeal from the 97th District Court
Montague County, Texas
Trial Court No. 2016-0407M-CV

Before Wallach, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' "Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 30, 2020